# Exhibit B

DANTE T. PRIDE (SBN: 262362)
**The Pride Law Firm**
dpride@pridelawfirm.com
2831 Camino Del Rio S., Ste. 104
San Diego, CA 92108
Telephone: 619-516-8166
Fax: 619-785-3414
Attorneys for Plaintiff
JOSHUA ASKIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASKIN, individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Global Exchange Vacation Club, Global Exchange Development Corp., Global Vacations Marketing Corp., Resort Vacations, Inc., Richard Sargent; DOES 1-10, ABC CORPORATIONS 1-10, ZYZ, LLC's 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-01530-JLS JLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER ISSUED ON OCTOBER 2, 2017**<br><br>Action Filed:   July 28, 2017<br>Judge:   Hon. Jill L. Burkhardt<br><br>[Class Action] |

Plaintiff Joshua Askin and all herein named Defendants, by and through their respective undersigned counsel ("Parties"), hereby respectfully submit the following Joint Stipulation and [Proposed] Order to Modify the Court's Scheduling Order (ECF No. 11) as follows:

## STIPULATION

1. WHEREAS, Plaintiff filed the Complaint in this matter on behalf of himself and all others similarly situated on July 28, 2017.

2. WHEREAS, Plaintiff's Complaint alleged, *inter alia*, Defendants violated the Telephone Consumer Protection Act (TCPA). As alleged in the

Complaint, the call giving rise to Plaintiff's cause of action originated from the following phone number: "(323) 209-2275."

3. WHEREAS, all herein named Defendants denied any association with phone number "(323) 209-2275."

4. WHEREAS, the Court issued a Pre-trial Scheduling order in this matter on October 2, 2017.

5. WHEREAS, Parties exchanged written discovery pursuant to the Court's Scheduling Order (ECF No. 11) from October 16, 2017 to December 19, 2017 without successfully identifying the owner or operator of the phone number at issue in this case.

6. WHEREAS, counsel for Plaintiff seeks relief from the Court's Scheduling Order due to "excusable neglect" and seeks a 60-day extension of all discovery deadlines set in the order as follows:

|  | Current Date | Proposed New Date |
| --- | --- | --- |
| Cut-Off for Discovery Related to Class Certification | February 5, 2018 | April 6, 2018 |
| Cut-Off for All Discovery | April 5, 2018 | June 4, 2018 |
| Motion Deadline for Class Certification | March 5, 2018 | May 4, 2018 |

7. WHEREAS, absent further order of this Court or further stipulation of the parties, Plaintiff's discovery shall be limited to third-party subpoenas for documents for the sole purpose of identifying the owner or operator of "(323) 209-2275" as of the month of November 2016.

8. WHEREAS, no further discovery will be permitted absent order of the court based upon good cause and upon a showing that a defendant or their agent has initiated phone calls from the phone number "(323) 209-2275" on or about November 27, 2016. Plaintiff's purported recollection of the content of a phone call shall not be considered evidence as to who initiated a call from the phone

number "(323) 209-2275."

**SO STIPULATED**

Dated: February 13, 2018        **THE PRIDE LAW FIRM**

By: _____
Dante T. Pride, Esq.
Attorneys for Plaintiff
JOSHUA ASKIN

Dated: February 13, 2018       **LOSCH & EHRLICH**

By: _____
Mark R. Meyer, Esq.
Attorneys for Defendants
RESORT VACATIONS, INC.;
GLOBAL VACATIONS
MARKETING CORP.;
GLOBAL EXCHANGE
DEVELOPMENT CORP.;
RICHARD SARGENT; AND
GLOBAL EXCHANGE VACATION
CLUB

## [PROPOSED] ORDER

Based upon the forgoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED,

1. The dates set forth in the Scheduling Order on October 2, 2017 shall be extended by 60 days as follows:

   | | |
   |---|---|
   | April 6, 2018 | Cut-Off for Discovery Related to Class Certification |
   | June 4, 2018 | Cut-Off for All Discovery |
   | May 4, 2018 | Motion Deadline for Class Certification |

2. Absent further order of this Court or further stipulation of the parties, Plaintiff's discovery shall be limited to third-party subpoenas for documents for the sole purpose of identifying the owner or operator of "(323) 209-2275" as of the month of November 2016.

3. No further discovery will be permitted absent order of the court based upon good cause and upon a showing that a defendant or their agent has initiated phone calls from the phone number "(323) 209-2275" on or about November 27, 2016. Plaintiff's purported recollection of the content of a phone call shall not be considered evidence as to who initiated a call from the phone number "(323) 209-2275.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge